IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                          08-CR-6087-CJS

MOHAMED AL HURAIBI,

            Defendant.

---

## STATEMENT OF THE GOVERNMENT WITH RESPECT
## TO SENTENCING FACTORS

PLEASE TAKE NOTICE, that the government hereby adopts all findings of the Pre-sentence Report with respect to sentencing factors in this action.

The defendant is required by 18 U.S.C. § 3013 to pay the sum of $100.00 at the time of sentencing.


    DATED:    Buffalo, New York, November 3, 2009.

                                                   Respectfully submitted,

                                                   KATHLEEN M. MEHLTRETTER
                                                   United States Attorney


                                  BY:    s/Timothy C. Lynch
                                                   TIMOTHY C. LYNCH
                                                   Assistant U.S. Attorney
                                                   Western District of New York
                                                   138 Delaware Avenue
                                                   Buffalo, New York 14202
                                                   (716) 843-5700 ext. 846
                                                   timothy.lynch@usdoj.gov

TO:  Maurice J. Verrillo, Esq.
      Kerry J. Chartier, U.S. Probation Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

     v.                                        08-CR-6087-CJS

MOHAMED AL HURAIBI,

     Defendant.

---

### **CERTIFICATE OF SERVICE**

     I hereby certify that on November 3, 2009, I electronically filed the foregoing **STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS** with the Clerk of the District Court using its CM/ECF system which would then electronically notify the following CM/ECF participant on this case:

     Maurice J. Verrillo, Esq.
     Kerry J. Chartier, U.S. Probation Officer

                                                        s/Karen A. Brown
                                                        KAREN A. BROWN